# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**WILLIAM OTIS ARREDONDO, JR.**                      **PLAINTIFF**

       v.           Civil No. 04-5197

**JEFF BLAND, Parole Officer; and**
**CAPTAIN HUNTER PETRAY**                                **DEFENDANTS**

## O R D E R

Now on this 30th day of November, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #60), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                         /s/Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**